UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| SHARI J. GYLLING, | Civil No. 3:08-CV-5709-BHS |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on June 11, 2009.

DATED this 11th day of June, 2009.

BENJAMIN H. SETTLE
United States District Judge

JUDGMENT- [3:08-CV-5709-BHS]